

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-20-00058-CV

---

WELLS FARGO, N.A., Appellant

V.

LAWRENCE C. CLOWER, ELIZABETH ANN CLOWER, JOHN LAWRENCE CLOWER, J.C. (A MINOR CHILD), JO EMILY THORNTON, JAMES C. BROCCHINI, JULIA A. BERNAL, MARY C. RICHTER, AUDREY L. BERNAL, GINA C. DEJARNETTE, SAMANTHA J. RICHTER, JOHN C. CLOWER, ELIZABETH LARUE ULLMAN, SUSAN MARIE DANIELS, JEFFREY CLARKSON CLOWER, BRENTON ULLMAN, JULIE CHRISTINE CLOWER, J.C. (A MINOR CHILD), J.C. (A MINOR CHILD), C.C. (A MINOR CHILD), Appellees

---

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. 161,100-C

---

Before Womack, J; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Cross-Appellants' Joint Unopposed Motion to Dismiss Cross-Appeals." We grant the motion and dismiss the appeal for cross-appellant Tina Clower, Independent Executor of the Estate of John C. Clower and cross-appellants Lawrence C. Clower, Elizabeth Ann Clower, John L. Clower, and J.C. (a Minor Child). *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 20, 2020